UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Coby Wiebe, <br><br>     Plaintiff; <br><br> v. <br><br> Robert Jenkins Franklin, et al., <br><br>     Defendants. <br><br> Coby Wiebe, <br><br>     Plaintiff; <br><br> v. <br><br> Linda Wallace, et al., <br><br>     Defendants. | Case No. 6:25-cv-149-JKD-JDL <br><br> Consolidated with <br><br> Case No. 6:25-cv-248-JKD-JDL |

### DEFENDANT WALLACE'S SECOND STATUS UPDATE ON THE PROGRESS OF HER CRIMINAL CASE

Defendant, Linda Wallace, files this status update in accordance with the Court's Order dated July 30, 2025.[1] Mrs. Wallace respectfully informs the Court that her criminal case[2] remains set for trial on December 8, 2025. The undersigned will provide this Court with further status updates in accordance with this Court's instructions.

---

[1] ECF (Doc. 35), Order Staying Proceedings, 7.
[2] *The State of Texas v. Linda Wallace*, Cause No. 6749, in the 8th Judicial District Court of Rains County, Texas.

Respectfully submitted,

By: /s/ *Christopher A. Klement*
CHRISTOPHER A. KLEMENT
Texas Bar No. 24090212
chris@oknlegal.com
**OLDHAM, KLEMENT & NOGA, PLLC**
8150 N Central Expy, Suite 1000
Dallas, Texas 75206
Telephone: (214) 838-8400
Facsimile: (214) 446-7145

**ATTORNEYS FOR DEFENDANT
LINDA WALLACE**

## CERTIFICATE OF SERVICE

On November 26, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

By: /s/ *Christopher A. Klement*
CHRISTOPHER A. KLEMENT