UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Coby Wiebe, | |
| Plaintiff; | |
| v. | Case No. 6:25-cv-149-JKD-JDL |
| Robert Jenkins Franklin, et al., | |
| Defendants. | Consolidated with |
| Coby Wiebe, | |
| Plaintiff; | |
| v. | Case No. 6:25-cv-248-JKD-JDL |
| Linda Wallace, et al., | |
| Defendants. | |

## DEFENDANT WALLACE'S STATUS UPDATE ON THE RESOLUTION OF HER CRIMINAL CASE

Defendant, Linda Wallace, files this status update in accordance with the Court's Order dated July 30, 2025.[1] Mrs. Wallace respectfully informs the Court that her criminal case[2] was dismissed on December 5, 2025, in response to a Motion of the State to Dismiss. With this dismissal, Mrs. Wallce's criminal proceedings have been resolved.

---

[1] ECF (Doc. 35), Order Staying Proceedings, 7.
[2] *The State of Texas v. Linda Wallace*, Cause No. 6749, in the 8th Judicial District Court of Rains County, Texas.

Respectfully submitted,

By: /s/ *Christopher A. Klement*
CHRISTOPHER A. KLEMENT
Texas Bar No. 24090212
chris@oknlegal.com
**OLDHAM, KLEMENT & NOGA, PLLC**
8150 N Central Expy, Suite 1000
Dallas, Texas 75206
Telephone: (214) 838-8400
Facsimile: (214) 446-7145

ATTORNEYS FOR DEFENDANT
LINDA WALLACE

## CERTIFICATE OF SERVICE

On December 9, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

By: /s/ *Christopher A. Klement*
CHRISTOPHER A. KLEMENT