IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| COBY WIEBE, | § | |
|     PLAINTIFF, | § | |
| V. | § | CIVIL ACTION NO. |
| | § | 6:25-CV-00149-JDK-JDL |
| ROBERT JENKINS FRANKLIN, RAINS | § | |
| COUNTY, TEXAS, LINDA WALLACE, IN | § | |
| HER INDIVIDUAL CAPACITY, AND | § | |
| OFFICIAL CAPACITY AS COUNTY | § | |
| JUDGE OF RAINS COUNTY, TEXAS, | § | |
|     DEFENDANTS. | § | |

## DEFENDANT ROBERT JENKINS FRANKLIN'S ADVISORY ON ORDER STAYING CIVIL PROCEEDINGS

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Robert Jenkins Franklin ("Defendant") files this Advisory pursuant to the Court's Order dated July 30, 2025, (Docket Entry No. 35) which determined that a stay of this civil action was appropriate. Specifically, the Court ordered Defendant Franklin to "provide the court with status updates regarding the progress of the criminal case every ninety (90) days, beginning thirty (30) days from entry of this order." *Id*. at 7. Additionally, the Court ordered that "Defendants, within fourteen (14) days after receiving notice that the Defendants' criminal cases have been resolved, shall notify this court of the outcome of the criminal case." Defendant Franklin respectfully provides the Court with the following status update:

It is undersigned counsel's understanding that a pronouncement was made in the criminal state court matter that a motion to dismiss would be filed by the State dismissing Robert Jenkins Franklin. Defendant Franklin is awaiting the filing of the motion to dismiss and a signed order of dismissal from the state court. Upon receipt of the Order of Dismissal, undersigned counsel will provide an update to the Court.

          Respectfully Submitted,

          /s/ J. Eric Magee_____
          J. Eric Magee
          SBN: 24007585
          e.magee@allison-bass.com
          **ALLISON, BASS & MAGEE, L.L.P.**
          1301 Nueces Street, Suite 201
          Austin, Texas 78701
          (512) 482-0701 telephone
          (512) 480-0902 facsimile

<b><u>CERTIFICATE OF SERVICE</u></b>

      I hereby certify that on this the 12th day of December 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to each counsel of record.

Paul V. Anderson
Paul Anderson. PLLC
601 North Street
Nacogdoches, Texas 75961
paul@paulandersonlaw.com
*Counsel for Plaintiff*

Robert S. Davis
Lee I. Correa
FLOWERS DAVIS, P.L.L.C.
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701
rsd@flowersdavis.com
lic@flowersdavis.com
*Counsel for Rains County, Texas*

CHRISTOPHER A. KLEMENT
OLDHAM, KLEMENT & NOGA, PLLC
8150 N Central Expy, Suite 1000
Dallas, Texas 75206
chris@oknlegal.com
*Counsel for Defendant Linda Wallace*

          /s/ J. Eric Magee_____
          J. Eric Magee